BY THE COURT
EDWARD C. STRINGER
ASSOCIATE JUSTICE

■

**Trudith J. WOLDMOE, Respondent,**

v.

**KNIGHT RIDDER and Travelers Insurance Company, Relators.**

No. C9-01-1713.

Supreme Court of Minnesota.

Jan. 16, 2002.

John G. Ness, John G. Ness & Associates, St. Louis Park, for Relators.

Raymond R. Peterson, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 6, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).